AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JHON HARRINSON VILLALOBOS-SALAS | ) | |
| LENGUINYER GUEVARA-MURO | ) | Case No.   25-mj-76-CYC |
| RANDY MOISES DELGADO-PEREZ | ) | |
| *Defendant(s)* | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief:

From on or about March 6, 2025, through March 10, 2025, in the State and District of Colorado, the defendants, JHON HARRINSON VILLALOBOS-SALAS, LENGUINYER GUEVARA-MURO, and RANDY MOISES DELGADO-PEREZ, violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 933(a)(1) and (a)(3) | Illegal Trafficking in Firearms, attempt and conspiracy |
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. § 846 | Conspiring to distribute a controlled substance |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*/s/ Joel N. Hegarty*
*Complainant's signature*

Joel N. Hegarty , Special Agent, ATF
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: April 9, 2025

*Judge's signature*

City and state: Denver, CO

Cyrus Y. Chung, United States Magistrate Judge
*Printed name and title*