DEFENDANT: LUIS AGUILERA-PERICAGUAN

AGE/YOB: 1991

OFFENSES:

COUNT 1: Conspiracy and attempt to traffic in firearms, in violation of 18 U.S.C. § 933(a)(1) and (a)(3)
COUNT 2: Conspiracy to distribute a controlled substance, ketamine and MDMA

LOCATION OF OFFENSE
(County and State): DENVER COUNTY, COLORADO

PENALTY:

COUNT 1: NMT 15 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment.
COUNT 2: NMT 20 years imprisonment, $1,000,000 fine, or both; NLT 3 years supervised release; $100 Special Assessment.

AGENT/DEPUTY: Joel Hegarty, ATF SPECIAL AGENT

AUTHORIZED BY: Assistant United States Attorney Garreth Winstead

ESTIMATED TIME OF TRIAL:

____ five days or less __X___ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.