<u>DEFENDANT</u>:  JHON HARRINSON VILLALOBOS-SALAS

<u>AGE/YOB</u>:  1990

<u>ADDRESS</u>:  DENVER, COLORADO

<u>OFFENSES</u>:
<u>COUNT 1</u>:  Conspiracy and attempt to illegally traffic in firearms, in violation of 18 U.S.C. § 933(a)(1) and (a)(3)
<u>COUNT 2</u>:  Distribution of a controlled substance (cocaine and ketamine), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)
<u>COUNT 3</u>:  Conspiracy to distribute a controlled substance (ketamine), in violation of 21 U.S.C. § 846

<u>LOCATION OF OFFENSE</u>
(County and State):            DENVER COUNTY, COLORADO

<u>PENALTY</u>:

<u>COUNT 1</u>:            NMT 15 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment.
<u>COUNT 2</u>:            NMT 20 years' imprisonment, NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee.
<u>COUNT 3</u>:            NMT 10 years' imprisonment, NMT $500,000 fine, or both; NLT 2 years' supervised release; $100 special assessment fee.

<u>AGENT/DEPUTY</u>:            Joel Hegarty, ATF SPECIAL AGENT

<u>AUTHORIZED BY</u>:            Assistant United States Attorney Garreth Winstead

<u>ESTIMATED TIME OF TRIAL</u>:

  X   five days or less      _____  over five days

<u>THE GOVERNMENT</u>

  X   Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.