DEFENDANT:  JOSE DANIEL BENCOMO-GUTIERREZ

AGE/YOB:  2002

OFFENSES:

> COUNT 1:   Use of a facility of interstate commerce with the intent to commit murder for hire, and conspiracy to do the same, in violation of 18 U.S.C. § 1958(a)

LOCATION OF OFFENSE
(County and State):   DENVER COUNTY, COLORADO

PENALTY:

> COUNT 1:   NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment.

AGENT/DEPUTY:   Joel Hegarty, ATF SPECIAL AGENT

AUTHORIZED BY:   Assistant United States Attorney Garreth Winstead

ESTIMATED TIME OF TRIAL:

____ five days or less   __X__ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.