IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00063-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE MANUEL GUERRA-CABALLERO,
   a.k.a "Blanco," a.k.a. "Cuchillo,"
2. JOSE GERARDO VILLAMEDIANA-VILLANUEVA,
3. MICHELLE PEÑA,
4. KLEBER ARGUELLO-VILLEGAS,
5. JOSE DAVID HERNANDEZ-GONZALEZ,
6. JONATHAN JOSE OCOPIO-VILLALOBOS, and
7. VICTOR ALEXANDER HERNANDEZ-VILLACRESES,

    Defendants.

## PROTECTIVE ORDER

THIS MATTER comes before the Court on the Government's Unopposed Motion for Protective Order. Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The following information is "Protected Information" subject to this Order: videos and images depicting the confidential informant in this case.

2.    Protected Information produced to the Defendant in this case may be disclosed only to defense counsel and their staff, associates, or agents; the

Defendant (subject to the conditions set forth below); and any retained defense experts or investigators (subject to the conditions set forth below).

3. Any person who is provided access to or possession of Protected Information shall maintain the information in strict confidence and may use the Protected Information exclusively in connection with this case, and for no other purpose.

4. Any person who obtains access to or possession of Protected Information shall promptly destroy or return such information once the person no longer requires access to or possession of the information to perform work related to the case.

5. Counsel shall ensure that all persons who receive the Protected Information are provided a copy of and read the Court's order and are informed of their responsibility to use the information only as permitted by this Order, to safeguard the information, and to protect it from further dissemination.

6. No Defendant may possess a copy of the Protected Information but may review it with defense counsel and their staff, associates, or agents.

7. If a document containing Protected Information is filed with the Court, the filing party must either redact the Protected Information from the Document or, if the Protected Information is material to the Court's determination, shall file the document as restricted at Level 2. The Clerk shall accept for filing as restricted any such filings by the parties without the filing of a separate motion to restrict.

8.    Upon entry of a final judgment in this case and the conclusion of any direct appeals, counsel (1) will collect or ensure the destruction of the Protected Information from all authorized persons to whom that information has been disclosed, and (2) defense counsel shall maintain any Protected Information only as required by document retention policies or professional legal obligations, and shall maintain any such information in a secure manner as part of the case file and for use only in connection with this case.

9.    The order does not constitute a ruling on the question of whether any particular material is discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

DATED this 15th day of April, 2025.

BY THE COURT:

_____
Hon. S. Kato Crews
United States District Judge
District of Colorado