**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-00063-SKC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE MANUEL GUERRA-CABALLERO,
    a.k.a "Blanco," a.k.a. "Cuchillo,"
2. JOSE GERARDO VILLAMEDIANA-VILLANUEVA,
3. MICHELLE PEÑA,
4. KLEBER ARGUELLO-VILLEGAS,
5. JOSE DAVID HERNANDEZ-GONZALEZ,
6. JONATHAN JOSE OCOPIO-VILLALOBOS,
7. VICTOR ALEXANDER HERNANDEZ-VILLACRESES,
8. ALEXANDRA NAZARET MARIN-RISCO,
9. JONATHAN ENRIQUE MEDINA,
10. KEIDINSON ORLANDO TORREALBA-GONZALEZ,
11. KEVIN ALEXANDER RUIZ-PEREZ,
12. LENGUINYER GUEVARA-MURO,
13. JHON HARRISON VILLALOBOS-SALAS,
14. ESLEITER VARGAS-MORALES,
15. YEIBER SAMUEL ALFONZO-MARTINEZ,
16. GUARNEL MOISES URBINA-BETANCOURT,
17. WILLANGEL MAIEYKER MARTINEZ-SANOJA,
18. KENDRY JOSE ROBERTIS-GARCIA,
19. MICHAEL JOEL OJEDA-AVILA,
20. LUIS AGUILERA-PERICAGUAN,
21. NELO OSMEL COMENAREZ-MORILLO,
22. SANTTYS JOSE SILVA-ALVAREZ,
23. ROSMER JAVIER BELLO-GARCIA,
24. JOSE DAVID RIVAS-MENDEZ,
25. ANTONY ALEXANDER DIAZ-GONZALEZ,
26. DIOMAR ARMANDO MENDEZ-CHAVEZ,
27. DANNYS ALEXIS MONCADA-ARTEAGA, and
28. JOSE DANIEL BENCOMO-GUTIERREZ

      Defendants.

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

From on or about November 14, 2024, to on or about May 15, 2025, in the State and District of Colorado, the defendant, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," JONATHAN ENRIQUE MEDINA, ESLEITER VARGAS-MORALES, GUARNEL MOISES URBINA-BETANCOURT, WILLANGEL MAIEYKER MARTINEZ-SANOJA, LUIS AGUILERA-PERICAGUAN, NELO OSMEL COMENAREZ-MORILLO, SANTTYS JOSE SILVA-ALVAREZ, ROSMER JAVIER BELLO-GARCIA, JOSE DAVID RIVAS-MENDEZ, and others known and unknown to the grand jury, did conspire interdependently to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to a recipient, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

### COUNT 2

On or about November 14, 2024, in the State and District of Colorado, the defendant, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 3

On or about November 15, 2024, in the State and District of Colorado, the defendant, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 4

On or about December 3, 2024, in the State and District of Colorado, the defendant, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," knowing he was an alien illegally and unlawfully in the United States, did knowingly possess ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 5

From on or about December 3, 2024, through on or about April 9, 2025, in the State and District of Colorado and elsewhere, the defendants, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," JONATHAN ENRIQUE MEDINA, KEVIN ALEXANDER RUIZ-PEREZ, LENGUINYER GUEVARA-MURO, JHON HARRISON VILLALOBOS-SALAS, ESLEITER VARGAS-MORALES, WILLANGEL MAIEYKER MARTINEZ-SANOJA, LUIS AGUILERA-PERICAGUAN, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute "Tusi," a mixture and substance containing among other substances a detectable amount of one or more of the following: MDMA, a Schedule I controlled substance; methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance; and ketamine, a Schedule III controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (E).

All in violation of Title 21, United States Code, Section 846.

## COUNT 6

On or about December 12, 2024, in the State and District of Colorado, the defendant, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," and ALEXANDRA NAZARET MARIN-RISCO, each knowing himself or herself to be an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 7

From on or about January 24, 2025, through on or about January 29, 2025, in the State and District of Colorado and elsewhere, the defendants, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," JOSE GERARDO VILLAMEDIANA-VILLANUEVA, MICHELLE PEÑA, KLEBER ARGUELLO-VILLEGAS, JOSE DAVID HERNANDEZ-GONZALEZ, JONATHAN JOSE OCOPIO-VILLALOBOS, and VICTOR ALEXANDER HERNANDEZ-VILLACRESES, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 8

From on or about January 24, 2025, through on or about January 29, 2025, in the State and District of Colorado, the defendants, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," JOSE GERARDO VILLAMEDIANA-VILLANUEVA, MICHELLE PEÑA, KLEBER ARGUELLO-VILLEGAS, JOSE DAVID HERNANDEZ-GONZALEZ, JONATHAN JOSE OCOPIO-VILLALOBOS, and VICTOR ALEXANDER HERNANDEZ-VILLACRESES, did knowingly combine, conspire, confederate, and agree with one another and others known and unknown to the grand jury, to use and carry a firearm during and in relation to a drug trafficking crime, an offense for which the defendants may be prosecuted in a court of the United States, specifically, a violation of Title 21, United States Code, Section 846, as set forth in Count 7 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

All in violation of Title 18, United States Code, Section 924(o).

## COUNT 9

On or about January 29, 2025, in the State and District of Colorado and elsewhere, the defendants, JOSE MANUEL GUERRA-CABALLERO, a.k.a "Blanco," a.k.a. "Cuchillo," JOSE GERARDO VILLAMEDIANA-VILLANUEVA, MICHELLE PEÑA, KLEBER ARGUELLO-VILLEGAS, JOSE DAVID HERNANDEZ-GONZALEZ, JONATHAN JOSE OCOPIO-VILLALOBOS, and VICTOR ALEXANDER HERNANDEZ-VILLACRESES, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely the offense charged in Count 7, and did possess a firearm in furtherance of the same, and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 10

On or about January 29, 2025, in the State and District of Colorado, the defendant, VICTOR ALEXANDER HERNANDEZ-VILLACRESES, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 11

On or about February 4, 2025, in the State and District of Colorado, the defendant, JONATHAN ENRIQUE MEDINA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 12

On or about February 11, 2025, in the State and District of Colorado, the defendant, KEIDINSON ORLANDO TORREALBA-GONZALEZ, did attempt to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to a recipient, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

## COUNT 13

On or about February 14, 2025, in the State and District of Colorado, the defendants, JONATHAN ENRIQUE MEDINA, KEVIN ALEXANDER RUIZ-PEREZ, and LUIS AGUILERA-PERICAGUAN did knowingly and intentionally distribute "Tusi," a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, and

ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and (E).

## COUNT 14

On or about February 14, 2025, in the State and District of Colorado, the defendant, JONATHAN ENRIQUE MEDINA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 15

On or about February 20, 2025, in the State and District of Colorado, the defendants, JONATHAN ENRIQUE MEDINA, KEVIN ALEXANDER RUIZ-PEREZ, and LUIS AGUILERA-PERICAGUAN, did knowingly and intentionally distribute "Tusi," a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, and ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and (E).

## COUNT 16

On or about February 27, 2025, in the State and District of Colorado, the defendants, JONATHAN ENRIQUE MEDINA and LUIS AGUILERA-PERICAGUAN, did knowingly transfer and possess a machine gun as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) and (2).

## COUNT 17

On or about February 27, 2025, in the State and District of Colorado, the defendant,

JONATHAN ENRIQUE MEDINA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 18

On or about March 6, 2025, in the State and District of Colorado, the defendants, LENGUINYER GUEVARA-MURO, JHON HARRISON VILLALOBOS-SALAS, ESLEITER VARGAS-MORALES, and LUIS AGUILERA-PERICAGUAN did knowingly and intentionally manufacture and distribute "Tusi," a mixture and substance containing a detectable amount of ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(E).

## COUNT 19

On or about March 6, 2025, in the State and District of Colorado, the defendant, JHON HARRISON VILLALOBOS-SALAS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 20

On or about March 6, 2025, in the State and District of Colorado, the defendant, ESLEITER VARGAS-MORALES, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 21

On or about March 12, 2025, in the State and District of Colorado, the defendant, LUIS AGUILERA-PERICAGUAN, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 22

On or about March 12, 2025, in the State and District of Colorado, the defendants, ESLEITER VARGAS-MORALES, GUARNEL MOISES URBINA-BETANCOURT, and WILLANGEL MAIEYKER MARTINEZ-SANOJA, did knowingly and intentionally distribute "Tusi," a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, and ketamine, a Schedule III controlled substance, and aided and abetted the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and (E), and Title 18, United States Code, Section 2.

## COUNT 23

On or about March 12, 2025, in the State and District of Colorado, the defendant, YEIBER SAMUEL ALFONZO-MARTINEZ, did attempt to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to a recipient, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

**COUNT 24**

On or about March 26, 2025, in the State and District of Colorado, the defendant, KEVIN ALEXANDER RUIZ-PEREZ, did attempt to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to a recipient, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

**COUNT 25**

On or about March 26, 2025, in the State and District of Colorado, the defendant, JONATHAN ENRIQUE MEDINA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

**COUNT 26**

On or about March 26, 2025, in the State and District of Colorado, the defendants, JONATHAN ENRIQUE MEDINA, and KEVIN ALEXANDER RUIZ-PEREZ, did knowingly and intentionally distribute more than 50 grams of "Tusi," a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii), (b)(1)(C), and (b)(1)(E).

**COUNT 27**

On or about March 28, 2025, in the State and District of Colorado, the defendant, GUARNEL MOISES URBINA-BETANCOURT, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

**COUNT 28**

On or about March 28, 2025, in the State and District of Colorado, the defendants, ESLEITER VARGAS-MORALES, and WILLANGEL MAIEYKER MARTINEZ-SANOJA, did knowingly and intentionally distribute "Tusi," a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, and ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and (E).

**COUNT 29**

On or about April 2, 2024, in the State and District of Colorado, the defendant, JOSE DAVID RIVAS-MENDEZ, knowingly and unlawfully possessed a firearm, to wit: a rifle having a barrel of less than 16 inches in length, as defined in 26 U.S.C. § 5845(a)(3) and 26 U.S.C. § 5845(c), which is not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

**COUNT 30**

On or about April 9, 2025, in the State and District of Colorado, the defendants, ESLEITER VARGAS-MORALES, WILLANGEL MAIEYKER MARTINEZ-SANOJA, and

11

MICHAEL JOEL OJEDA-AVILA did knowingly and intentionally distribute "Tusi," a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance, and ketamine, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and (E).

## COUNT 31

On or about April 9, 2025, in the State and District of Colorado, the defendants, ESLEITER VARGAS-MORALES, WILLANGEL MAIEYKER MARTINEZ-SANOJA, and MICHAEL JOEL OJEDA-AVILA did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 32

On or about April 9, 2025, in the State and District of Colorado, the defendants, ESLEITER VARGAS-MORALES, KENDRY JOSE ROBERTIS-GARCIA, and MICHAEL JOEL OJEDA-AVILA, each knowing himself to be an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 33

On or about April 9, 2025, in the State and District of Colorado and elsewhere, the defendant, MICHAEL JOEL OJEDA-AVILA, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the offenses charged in Counts 30 and 31, and did possess a firearm in furtherance of the same.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 34

From on or about April 16, 2025, through on or about May 15, 2025, in the State and District of Colorado and elsewhere, the defendant, JOSE DAVID RIVAS-MENDEZ, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute "Tusi," a mixture and substance containing among other substances a detectable amount of one or more of the following: MDMA, a Schedule I controlled substance; methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and ketamine, a Schedule III controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (E).

All in violation of Title 21, United States Code, Section 846.

## COUNT 35

From on or about April 16, 2025, through on or about May 15, 2025, in the State and District of Colorado and elsewhere, the defendants, JOSE DAVID RIVAS-MENDEZ, ANTONY ALEXANDER DIAZ-GONZALEZ, DIOMAR ARMANDO MENDEZ-CHAVEZ, DANNYS ALEXIS MONCADA-ARTEAGA, and JOSE DANIEL BENCOMO-GUTIERREZ, and others both known and unknown to the Grand Jury, used and caused another to use a facility of interstate commerce with the intent that the murder of two persons be committed in violation of the laws of the State of Colorado and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States Currency; and conspired with interdependence to do the same.

All in violation of Title 18, United States Code, Section 1958(a).

**COUNT 36**

On or about April 17, 2025, in the State and District of Colorado, the defendant, ROSMER JAVIER BELLO-GARCIA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

**COUNT 37**

On or about April 25, 2025, in the State and District of Colorado, the defendant, ROSMER JAVIER BELLO-GARCIA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

**COUNT 38**

On or about May 8, 2025, in the State and District of Colorado, the defendant, SANTTYS JOSE SILVA-ALVAREZ, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

**COUNT 39**

On or about May 15, 2025, in the State and District of Colorado, the defendant, DIOMAR ARMANDO MENDEZ-CHAVEZ, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition in and affecting interstate

commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 39 of this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) alleged in Counts 1-4, 6, 8-12, 14, 16-17, 20-21, 23-25, 27, 29, 32-33, and 35-39 of the Second Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the following:

(1) A Keltec model Sub-2000, 9mm caliber rifle bearing serial number FF3091;

(2) A Ruger model Speed Six, .357 caliber revolver bearing serial number 15661160;

(3) A Glock Model 22 .40 caliber pistol with an obliterated serial number;

(4) A Sig Sauer model P320 M17 9mm caliber pistol bearing serial number 59H351986;

(5) An AR-15-style rifle with no make, model, or serial number;

(6) A New Frontier Armory model LW-15 multi baliber rifle bearing serial number NLV08448;

(7) A Glock model 19 9mm caliber pistol bearing serial number BWAH899;

(8) A Rock River Arms model LAR-8, .308 caliber rifle bearing serial number UT122056;

(9) An AR-15-style rifle with no make, model, or serial number;

(10) A Smith and Wesson model SD9VE 9mm caliber pistol bearing serial number HED7846;

(11) A Sig Sauer model P365 9mm caliber pistol bearing serial number 66B449089;

(12)   A Taurus model G3C 9mm caliber pistol bearing serial number AEC155164;

(13)   A Ruger model Blackhawk .357 magnum caliber revolver bearing serial number 34-06612;

(14)   A Glock, model G39, .45 caliber pistol, bearing serial number HCH228

(15)   A Beretta model 92FS, 9mm pistol bearing serial number K36900Z;

(16)   A Walther model PDP, 9mm pistol bearing serial number FDI2265;

(17)   A Glock, model 22, .40 caliber pistol bearing serial number BBT793;

(18)   A Glock model 17 9mm Pistol bearing serial number 0523LAV;

(19)   A Glock model 27, .40 caliber pistol bearing serial number PKN638;

(20)   A Sig Sauer model P365, 9mm pistol bearing serial number 66B370068;

(21)   A Taurus model G3C 9mm pistol bearing serial number ACB499361;

(22)   A Girsan MC 1911, 10mm pistol bearing serial number T6368-23DV00203

(23)   A Taurus model GX4, 9mm pistol bearing serial number 1GA60879;

(24)   An ATI MIL-Sport multicaliber pistol bearing serial number MSA079646;

(25)   A Glock model 19, 9mm pistol bearing serial number BYK627US;

(26)   A Polymer80 model PF940SC 9mm pistol with no serial number;

(27)   A Glock model 26 Gen 5, 9mm machinegun, bearing serial number AFYU582;

(28)   A Glock model 34 Gen 4, 9mm pistol bearing serial number BCUS507;

(29)   A Smith and Wesson model P&P40, .40 caliber pistol bearing serial number HAR9146;

(30)   A Frontier Armory LW-15 multicaliber rifle bearing serial number NLV73549;

(31)   A Glock model 43X 9mm pistol bearing serial number AHPC567;

(32)   A Kahr Arms model PM40, .40 caliber pistol bearing serial number WA2632;

(33)   A Walther model PPS, .40 caliber Pistol bearing serial number AH2815;

(34)   A Glock model 31 GEN 4, .357 caliber Pistol bearing serial number CBYE983;

(35)   A Taurus model G2C, 9mm Pistol bearing serial number TLT60062;

(36)   A Walther model PPQ, 9mm Pistol bearing serial number FCF5643;

(37)   A Glock model 30SF, .45 caliber Pistol bearing serial number BWWS600;

(38) A Glock model 19, 9mm Pistol bearing serial number BCCS258;

(39) A Sig Sauer model P220 SAS, 9mm Pistol bearing serial number 37A006187;

(40) A Glock model 43, 9mm Pistol bearing serial number BDXB479;

(41) A S&W model 686 CM, .357 caliber Revolver bearing serial number CZY4423;

(42) A Ruger model SP101, .357 caliber Revolver bearing serial number 57481449;

(43) A Taurus model PT111 G2, 9mm Pistol bearing serial number TJW73651;

(44) A S&W model M&P9 Pro Series, 9mm Pistol bearing serial number HPU8920;

(45) A Magnum Research Desert Eagle, 9mm Pistol bearing serial number 125591;

(46) A Sig Sauer model P229, .40 caliber Pistol bearing serial number AG14480;

(47) A Taurus model G2C, 9mm Pistol bearing serial number AED325378;

(48) A Taurus .44 Magnum, .44 Spcl Revolver bearing serial number NK161487;

(49) A Taurus model G2C, 9mm Pistol bearing serial number ACH114517;

(50) A S&W model CSX, 9mm Pistol bearing serial number SBE3736;

(51) A Taurus model G2C, .40 caliber Pistol bearing serial number AEG498240;

(52) A Glock model 19, 9mm Pistol bearing serial number BBRR129;

(53) A Glock model 22, .40 caliber Pistol bearing serial number SHM733;

(54) A Hi-Point model YC9, 9mm Pistol bearing serial number YC004475;

(55) A Remington model 783, .308 Rifle bearing serial number RA67467B;

(56) A Phoenix Arms model HP22A, .22 Pistol bearing serial number 4561767;

(57) A Jimenez Arms model JA9, 9mm Pistol bearing serial number 324487;

(58) A Taurus model G3C, 9mm Pistol bearing serial number ABD475627;

(59) An Essex Arms model 1911, .45 Pistol bearing serial number 77206;

(60) A Kel-Tec model Sub 2000, 9mm Rifle bearing serial number FF0689;

(61) A STS Arms model MOD ST-4, Multi-caliber Rifle bearing serial number 0508;

(62) A Beretta USA model APX A1, 9mm Pistol bearing serial number AXC121371;

(63) A Sig Sauer model P365, 9mm Pistol bearing serial number 66F706087;

(64) A SCCY IND model CPX-2, 9mm Pistol bearing serial number C229415;

(65) A Smith & Wesson model SW40F, .40 Pistol bearing serial number PAZ4969;

(66) A SCCY IND model CPX-2, 9mm, Pistol bearing serial number 376895;

(67) A Smith & Wesson model SD9VE, 9mm, Pistol bearing serial number FYU6674;

(68) A Taurus model .357 Magnum, .357, Revolver bearing serial number EY527422;

(69) A Beretta model PX4 Storm, 9mm, Pistol bearing serial number PX49219; and

(70) all recovered ammunition.

3. Upon conviction of the violation(s) alleged in Counts 5, 7, 13, 15, 18-19, 22, 26, 28, 30-31, and 34 of the Second Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of such offense.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

PETER MCNEILLY
United States Attorney

By: <u>*s/ E. Garreth Winstead*</u>
E. GARRETH WINSTEAD
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Garreth.Winstead@usdoj.gov