IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 25-cr-00063-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE MANUEL GUERRA-CABALLERO,
   A.K.A "BLANCO," A.K.A. "CUCHILLO,"
2. JOSE GERARDO VILLAMEDIANA-VILLANUEVA,
3. MICHELLE PEÑA,
4. KLEBER ARGUELLO-VILLEGAS,
5. JOSE DAVID HERNANDEZ-GONZALEZ,
6. JONATHAN JOSE OCOPIO-VILLALOBOS, AND
7. VICTOR ALEXANDER HERNANDEZ-VILLACRESES
8. ALEXANDRA NAZARET MARIN-RISCO
9. JONATHAN ENRIQUE MEDINA
10. KEIDINSON ORLANDO TORREALBA-GONZALEZ
11. KEVIN ALEXANDER RUIZ-PEREZ
12. LENGUINYER GUEVARA-MURO
13. JHON HARRISON VILLALOBOS-SALAS
14. ESLEITER VARGAS-MORALES
15. YEIBER SAMUEL ALFONZO-MARTINEZ
16. GUARNEL MOISES URBINA-BETANCOURT
17. WILLANGEL MAIEYKER MARTINEZ-SANOJA
18. KENDRY JOSE ROBERTIS-GARCIA
19. MICHAEL JOEL OJEDA-AVILA
20. LUIS AGUILERA-PERICAGUAN
21. NELO OSMEL COMENAREZ-MORILLO
22. SANTTYS JOSE SILVA-ALVAREZ
23. ROSMER JAVIER BELLO-GARCIA
24. JOSE DAVID RIVAS-MENDEZ
25. ANTONY ALEXANDER DIAZ-GONZALEZ
26. DIOMAR ARMANDO MENDEZ-CHAVEZ
27. DANNYS ALEXIS MONCADA-ARTEAGA
28. JOSE DANIEL BENCOMO-GUTIERREZ

    Defendants.

**MOTION TO DOCKET REDACTED COPIES OF AFFIDAVITS**

1

Pursuant to the Court's Order (ECF 115), the United States of America respectfully notifies the Court that the concerns underlying the United States' request to restrict the affidavits in this case have generally resolved. The United States attaches redacted versions of the affidavits hereto, and respectfully moves the Court to maintain a Level 1 restriction on the unredacted affidavits, and docket the redacted versions of the affidavits.

Respectfully submitted,
Peter McNeilly
United States Attorney

*s/E. Garreth Winstead*
E. GARRETH WINSTEAD
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Email: Garreth.winstead@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/Jesse Zabriskie
Legal Assistant
United States Attorney's Office
