IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00063-SKC-18

UNITED STATES OF AMERICA,

       Plaintiff,

v.

18.    **KENDRY JOSE ROBERTIS-GARCIA,**

       Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**
_____

       Attorney Andres R. Guevara, appointed counsel for Kendry Jose Robertis-Garcia, hereby moves to withdraw as court appointed counsel. In support of this motion, the Defendant states that:

       1.    Undersigned counsel was appointed counsel throught the Criminal Justice Act on May 20, 2025. (ECF. No. 179). Undersigned counsel entered his appearance as CJA counsel on May 28, 2025. (ECF. No. 226).

       2.    The United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct. *See* D.C.COLO.LAttyR 2(a). Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good cause. *See* Colo. RPC 1.16 (2012).

       3.    Counsel believes he is ethically bound to file this motion to withdraw as counsel as requested and authorized by Mr. Robertis-Garcia. Mr. Robertis-Garcia has requested that undersigned counsel withdraw from this case. Undersigned counsel is unable to elaborate futher in this filing.

4.	Pursuant to D.C. Colo L. Cr R 57.5 D, a copy of this motion is being mailed to Mr. Robertis-Garcia.  Because Mr. Robertis-Garcia previously has been declared indigent, and to assist him in complying with these rules, this motion respectfully requests that a different member of the Criminal Justic Act Panel be appointed to represent him.

Dated:  February 3, 2026

Respectfully submitted,

ANDRES R. GUEVARA
Law Office of Andres R. Guevara


s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Kendry Jose Robertis-Garcia

## CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

            s/ Andres R. Guevara
            ANDRES R. GUEVARA
            Law Office of Andres R. Guevara
            2806 N. Speer Blvd
            Denver, CO 80211
            Telephone:  (720) 379-8262
            FAX: (720) 699-6808
            E-mail:andres@guevaracoloradolaw.com
            Attorney for Kendry Jose Robertis-Garcia