IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Mary George
Probation:  Paige Meador

Date:  April 22, 2026
Interpreter:  Cathy Bahr

---

**CASE NO.  25-cr-00063-SKC**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Garreth Winstead |
| | Talia Bucci |
| Plaintiff, | |
| v. | |
| 3.  MICHELLE PENA, a/k/a Michele Pena, | Jamie Hubbard |
| Defendant. | |

---

## COURTROOM MINUTES

---

**SENTENCING**
**Court in session:      10:02 a.m.**

Court calls case.  Appearances of counsel.  Defendant is present and in custody.

Interpreter is sworn.

Preliminary remarks made by the Court.

Defendant entered his plea on January 28, 2026, to Counts 7 and 8 of the Second Superseding Indictment.

Discussion held regarding documents reviewed by the Court and pending motions.

**ORDERED:**  United States' Motion to Decrease Offense Level for Defendant Michelle Pena by One Additional Level Pursuant to USSG § 3E1.1(b) [ECF No. 588) is GRANTED.

Discussion held and argument given regarding objections to the Presentence Investigation Report.  The Court states findings and ruling on the objections.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Argument given on sentencing.

Defendant addresses the Court.

**Court in recess:**     **11:26 a.m.**
**Court in session:**    **11:40 a.m.**

The Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, MICHELLE PENA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **60 months as to each of Counts 7 and 8, to be served concurrently.**

**ORDERED:**  Defendant's motion (ECF No. 583) is GRANTED.

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **four (4) years as to Count 7 only.**

Defendant waives reading of the standard and mandatory conditions of supervised release.

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release.

**ORDERED:**  Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

The Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in the District of Colorado.

**ORDERED:**  United States' Motion to Dismiss Count 9 as to Defendant Michelle Pena (ECF No. 587) is GRANTED.

The Court formally accepts the Plea Agreement at this hearing.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    **11:49 a.m.**
Total time in court:    1:33
Hearing concluded.