IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Mary George
Probation:  Josh Roth

Date:  May 6, 2026
Interpreter:  Cathy Bahr

---

**CASE NO.  25-cr-00063-SKC**

Parties

Counsel

UNITED STATES OF AMERICA,

Garreth Winstead

      Plaintiff,

v.

19.  MICHAEL JOEL OJEDA-AVILA,

Eric Zale

      Defendant.

---

**COURTROOM MINUTES**

---

**SENTENCING**
**Court in session:**     1:30 p.m.

Court calls case.  Appearances of counsel.  Defendant is present and in custody.

Interpreter is sworn.

Preliminary remarks made by the Court.

Defendant entered his plea on February 3, 2026, to Counts 30, 31, and 32 of the Second Superseding Indictment.

Discussion held regarding pending motions and objections to the Presentence Investigation Report.

**ORDERED:**  United States' Motion to Decrease Offense Level for Defendant Michael Joel Ojeda-Avila by One Additional Level Pursuant to USSG § 3E1.1(b) [ECF No. 599] is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Argument given on sentencing.

Defendant addresses the Court.

The Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, MICHAEL JOEL OJEDA-AVILA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **18 months as to each of Counts 30, 31, and 32, to be served concurrently.**

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years as to each of Counts 30, 31, and 32, to be served concurrently.**

Defendant waives reading of the standard and mandatory conditions of supervised release.

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release.

**ORDERED:**  Defendant shall pay **$300** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**  Motion for a Downward Variance to 12 Months Bureau of Prison (ECF No. 636) is GRANTED in part and DENIED in part as stated on the record.

**ORDERED:**  United States' Motion to Dismiss Count 33 as to Defendant Michael Joel Ojed-Avila (DCF No. 598) is GRANTED.

The Court accepts the Plea Agreement.

The Court recommends that the defendant receive credit for time served as determined by the Bureau of Prisons.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**       **2:57 p.m.**
Total time in court:    1:08
Hearing concluded.