IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

| | |
|---|---|
| Courtroom Deputy: Emily Buchanan<br>Court Reporter:  Mary George<br>Probation:  Chris Woodiel | Date:  May 8, 2026<br>Interpreter:  Cathy Bahr |

---

**CASE NO.  25-cr-00063-SKC**

<u>Parties</u>

UNITED STATES OF AMERICA,

      Plaintiff,

v.

21.  NELO OSMEL COMENAREZ-MORILLO,

      Defendant.

<u>Counsel</u>

Garreth Winstead

Talia Bucci

Stephanie Grismer

---

## COURTROOM MINUTES

---

**SENTENCING HEARING**
**Court in session:**     1:32 p.m.

Court calls case.  Appearances of counsel.  Defendant is present and in custody.

Interpreter is sworn.

Defendant entered his plea on February 3, 2026, to Count 1 of the Second Superseding Indictment.

Discussion held regarding pending motions and objections to the Presentence Investigation Report.

**ORDERED:**  United States' Motion to Decrease Offense Level for Defendant Nelo Osmel Comenarez-Morillo by One Additional Level Pursuant to U.S.S.G. § 3E1.1(b) [ECF No. 644] is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Argument given on sentencing.

Defendant addresses the Court.

**Court in recess:**       **2:17 p.m.**
**Court in session:**     **2:34 p.m.**

The Court states its findings and conclusions.

**ORDERED:**  Defendant's motion [ECF No. 641] is GRANTED in part and DENIED in part.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Nelo Osmel Comenarez-Morillo, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **28 months.**

**ORDERED:**  No term of supervised release is imposed.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**  The forfeited items shall be listed in the judgment.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days after entry of judgment.

The Court RECOMMENDS that the Bureau of Prisons place the defendant in or near the State and District of Colorado.

The Court accepts the Plea Agreement.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**       **2:43 p.m.**
Total time in court:    00:54
Hearing concluded.