IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Mary George
Probation:  Dan Bath

Date:  June 18, 2026
Interpreter:  Michael Mudd

---

**CASE NO.  25-cr-00063-SKC**

Parties

Counsel

UNITED STATES OF AMERICA,

Garreth Winstead

Talia Bucci

Plaintiff,

v.

4.  KLEBER ARGUELLO-VILLEGAS,

John Sullivan

Defendant.

---

**COURTROOM MINUTES**

---

**SENTENCING**
**Court in session:      9:35 a.m.**

Court calls case.  Appearances of counsel.  Defendant is present and in custody.

Interpreter is sworn.

Preliminary remarks made by the Court.

Defendant entered his plea on February 9, 2026, to Counts 7 (lesser included offense) and 8 of the Second Superseding Indictment.

Discussion held regarding pending motions.

**ORDERED:**  United States' Motion to Decrease Offense Level for Defendant Kleber Arguello-Villegas by One Additional Level Pursuant to USSG § 3E1.1(b) [ECF No. 692] is GRANTED.

Argument given and discussion held regarding objections to the Presentence Investigation Report.

The Court states findings and rulings on the objections to the Presentence Investigation Report.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Argument given on sentencing.

Defendant addresses the Court.

**Court in recess:**      **10:34 a.m.**
**Court in session:**     **10:49 a.m.**

The Court states its findings and conclusions regarding sentencing.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, KLEBER ARGUELLO-VILLEGAS, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **60 months as to each of Counts 7 and 8, to be served concurrently.**

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **four (4) years as to Count 7 only.  No supervised release imposed as to Count 8.**

Defendant waives reading of the standard and mandatory conditions of supervised release.

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release.

**ORDERED:**  Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

The Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in the District of Illinois for reasons stated on the record.

**ORDERED:**  United States' Motion to Dismiss Count 9 as to Defendant Kleber Arguello-Villegas (ECF No. 691) is GRANTED.

**ORDERED:**  Defendant's motion (ECF No. 688) is GRANTED.

The Court accepts the Plea Agreement.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**      **10:58 a.m.**
Total time in court:    1:08
Hearing concluded.